FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 FEB -8  P 3: 09

UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

BY_____DEPUTY

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>10 S. Howard Street, 3rd Floor<br>Baltimore, MD 21201 | )<br>)<br>)<br>)<br>) | **CCB07CV 366** |
| Plaintiff, | )<br>) | CIVIL ACTION NO. |
| v. | )<br>) | |
| | ) | C O M P L A I N T |
| CUSTOMER POTENTIAL MANAGEMENT MARKETING GROUP, INC.<br>1200 John Q Hammons Drive, Suite 300<br>Madison, WI 53717 | )<br>)<br>)<br>)<br>)<br>) | JURY TRIAL DEMAND |
| Defendant | )<br>) | |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 ("ADA") to correct unlawful employment practices on the basis of disability and to provide appropriate relief to LaVonia M. Harper ("Ms. Harper"), who was adversely affect by such practices. The United States Equal Employment Opportunity Commission ("Plaintiff" or the "Commission") alleges that Defendant Customer Potential Management Marketing Group, Inc. ("Defendant") violated the ADA by failing to reasonably accommodate Ms. Harper and subsequently discharging her because her disability.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-5(f)(1) and (3) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The unlawful employment practices alleged below were committed within the jurisdiction of the United States District Court for the District of Maryland.

## PARTIES

3.  Plaintiff, an agency of the United States of America, is charged with the administration, interpretation, and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.  At all relevant times, Defendant has continuously been a corporation doing business in the State of Maryland and has continuously had at least 15 employees.

5.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§2000e (g) and (h).

6.  At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Ms. Harper filed a charge of discrimination with the Commission alleging violations of the ADA by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least May 2005, Defendant has engaged in unlawful employment practices in the State of Maryland in violation of Sections 102(a), 102(b)(5)(a) and 102(b)(5)(b) of Title I of the ADA, 42 U.S.C. Section 12112(a), 12112(b)(5)(a) and 12112(b)(5)(b). These practices include failing to reasonably accommodate Ms. Harper, who at all relevant times was a qualified individual with a disability within the meaning of the ADA, and subsequently discharging her from her position.

9. The effect of the practices complained of in paragraph 8 above, have been to deprive Ms. Harper of equal employment opportunities and otherwise adversely affect her status as an employee with a disability within the meaning of the ADA.

10. The unlawful employment practices complained of herein, were intentional.

11. The unlawful employment practices complained of herein, were done with malice or with reckless indifference to the federally protected rights of Ms. Harper.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully request that this Court:

A. Grant a permanent injunction enjoining Defendant, their officers, successors, assigns, and all persons in active concert or participation with them, from refusing to accommodate and illegally terminating individuals who are disabled within the meaning of the ADA, and any other employment practice which discriminates on the basis of disability.

B.      Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of their past and present unlawful employment practices, including but not limited to maintaining a policy prohibiting disability discrimination and conducting employee training regarding such policy.

C.      Order Defendant to make whole Ms. Harper by providing appropriate back pay with prejudgment interest, in amount to be determined at trial, and, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement or front pay.

D.      Order Defendant to make whole Ms. Harper by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described herein above, in amounts to be determined at trial.

E.      Order Defendant to make whole Ms. Harper by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described above, including emotional and mental anguish, pain and suffering,

F.      Order Defendant to pay Ms. Harper punitive damages for the malicious and reckless conduct described herein above, in amounts to be determined at trial.

G.      Grant such further legal or equitable relief as the Court deems necessary and proper to the public interest.

H.      Award the Commission its costs of this action.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

*/s/ Jacqueline H. McNair*
JACQUELINE H. MCNAIR
Regional Attorney

*/s/ Debra M. Lawrence*
DEBRA M. LAWRENCE
Bar No. 04312
Supervisory Trial Attorney

*/s/ Cecile C. Quinlan*
CECILE C. QUINLAN
Bar No. 06072
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Baltimore Field Office
S. Howard Street, 3rd Floor
Baltimore, MD 21201
(410) 209-2728
(410) 962-4270 (fax)

5